IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                        PLAINTIFF

v.                            CASE NO. 4:18CR00616-01 BSM

KEITH NELSON LUEBKE                                                                              DEFENDANT

## ORDER

The government's motion to dismiss indictment against Keith Nelson Luebke without prejudice [Doc. No. 12] is granted and the indictment [Doc. No. 1] is dismissed without prejudice. *See* Fed. R. Crim. P. 48(a).

IT IS SO ORDERED this 13th day of May 2019.

_____
UNITED STATES DISTRICT JUDGE